No. 84. CENTRAL OF GEORGIA RAILWAY CO. v. BROTHERHOOD OF RAILROAD TRAINMEN, LOCAL LODGE No. 721, ET AL.

*Per Curiam:*
Upon the suggestion of mootness the writ is dismissed on the ground that the cause is moot. *John B. Miller* for petitioner. *Benning M. Grice* and *Wayland K. Sullivan* for respondents.